# United States District Court
## Violation Notice

CVB Location Code: NJ61

**Violation Number:** 1925622
**Officer Name (Print):** C. Patrick
**Officer No.:** 2934

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 7/25/15 @/201
**Offense Charged:** ☒ CFR ☐ USC ☐ State Code
36 CFR 4.23a1
NSSA 39:4-50 cp

**Place of Offense:** Hartshorn & Kingman

**Offense Description:** Operating under influence of liquor or drugs

1925622

### DEFENDANT INFORMATION
**Last Name:** Sandoval
**First Name:** Jose
**M.I.:** M

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

Must Appear In Court

$ _____ Forfeiture Amount
+ $25 Processing Fee
**PAY THIS AMOUNT →** $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** _____
**Date (mm/dd/yyyy):** 11/18/15
**Time (hh:mm):** 0900 am

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

CVB Scan SEP 09, 2015 08:55

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on July 25, 2015 while exercising my duties as a law enforcement officer in the GNRA-SHU District of New Jersey

On patrol in a marked unit I observed a male later identified by his NJ-DL as Sandoval, Jose stumble several times as he walked to his vehicle from Gunnison Plaza to Lot-G. Sandoval was walking with a additional person as they continued towards the Lot. I then observed Sandoval get behind the wheel of his Vehicle a red Hyundai Geneses and began to drive. Sandoval then drove up on the curb as he made a left hand turn out of the row of parked cars. I followed behind Sandoval and witnessed him swerving within his lane of travel down Atlantic drive. Sandoval then ran stop sign at a Bike path and then a second stop sign at the intersection of Atlantic and Hartshorne prior to conduct the traffic stop. Once in contact with Sandoval i could tell that from training and experience that he was intoxicated. He was unable to successfully complete any of the FST's. Sandoval dropped his foot on multiple occasions during the one leg stand and was unable to walk heal to toe during the walk and turn. I then placed Sandoval into custody for DWI.

The foregoing statement is based upon:
☐ my personal observation ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 7/25/15 _____
Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on: _____
Date (mm/dd/yyyy)  U.S. Magistrate Judge

# United States District Court
## Violation Notice

CVB Location Code: NJ61

**Violation Number:** 1925623
**Officer Name (Print):** C. Patrick
**Officer No.:** 2934

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 7/25/15 2101
**Offense Charged:** ☐ CFR ☑ USC ☐ State Code
**Offense code:** NJSA 39:4-96

**Place of Offense:** Hartshorn & Kingman

**Offense Description:** Reckless Driving

### DEFENDANT INFORMATION

**Last Name:** Sandoval
**First Name:** Jose
**M.I.:** M

A ☑ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

Must Appear In Court

$ _____ Forfeiture Amount
+ $25 Processing Fee
$ _____ Total Collateral Due

### YOUR COURT DATE

**Date:** 11/18/15
**Time:** 0900 am

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

---

CVB Scan SEP 09, 2015 08:55

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on July 25, 2015, while exercising my duties as a law enforcement officer in the GNRA-SHU District of New Jersey.

On patrol in a marked unit I observed a male later identified by his NJ-DL as Sandoval, Jose stumble several times as he walked to his vehicle from Gunnison Plaza to Lot-G. Sandoval was walking with a additional person as they continued towards the Lot. I then observed Sandoval get behind the wheel of his Vehicle a red Hyundai Geneses and began to drive. Sandoval then drove up on the curb as he made a left hand turn out of the row of parked cars. I followed behind Sandoval and witnessed him swerving within his lane of travel down Atlantic drive. Sandoval then ran stop sign at a Bike path and then a second stop sign at the intersection of Atlantic and Hartshorne prior to conduct the traffic stop. Once in contact with Sandoval i could tell that from training and experience that he was intoxicated. He was unable to successfully complete any of the FST's. Sandoval dropped his foot on multiple occasions during the one leg stand and was unable to walk heal to toe during the walk and turn. I then placed Sandoval into custody for DWI.

The foregoing statement is based upon:
☑ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 7.25.15
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

# United States District Court
## Violation Notice

CVB Location Code: NJ61

| Field | Value |
|---|---|
| Violation Number | 1925624 |
| Officer Name (Print) | G. Patrick |
| Officer No. | 2934 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

- Date and Time of Offense (mm/dd/yyyy): 7/25/15, 2101
- Offense Charged: ☒ CFR ☐ USC ☐ State Code — 36 CFR 4.12
- Place of Offense: lot-G / Hartshorn & Kingman
- Offense Description: Fail to Comply w/ Traffic Control Device — Roadway Markings

**DEFENDANT INFORMATION**
- Last Name: Sandoval
- First Name: Jose
- M.I.: M

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

Must appear In Court

PAY THIS AMOUNT →
- Forfeiture Amount
- +$25 Processing Fee
- Total Collateral Due

**YOUR COURT DATE**
- Date: 11/18/15
- Time: 0900 am

X Defendant Signature ____

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on July 25, 2015 while exercising my duties as a law enforcement officer in the GNRA-SHU District of New Jersey

On patrol in a marked unit I observed a male later identified by his NJ-DL as Sandoval, Jose stumble several times as he walked to his vehicle from Gunnison Plaza to Lot-G. Sandoval was walking with a additional person as they continued towards the Lot. I then observed Sandoval get behind the wheel of his Vehicle a red Hyundai Geneses and began to drive. Sandoval then drove up on the curb as he made a left hand turn out of the row of parked cars. I followed behind Sandoval and witnessed him swerving within his lane of travel down Atlantic drive. Sandoval then ran stop sign at a Bike path and then a second stop sign at the intersection of Atlantic and Hartshorne prior to conduct the traffic stop. Once in contact with Sandoval i could tell that from training and experience that he was intoxicated. He was unable to successfully complete any of the FST's. Sandoval dropped his foot on multiple occasions during the one leg stand and was unable to walk heal to toe during the walk and turn. I then placed Sandoval into custody for DWI.

The foregoing statement is based upon:
- ☒ my personal observation
- ☐ my personal investigation
- ☐ information supplied to me from my fellow officer's observation
- ☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 7/25/15

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy) U.S. Magistrate Judge

CVB Scan SEP 09, 2015 08:55