PROB 12C
(4/19)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender under Supervision

**Name of Offender:** Jose Sandoval  **Docket Number:** 16-09124M-001
 **PACTS Number:** 2514483

**Name of Sentencing Judicial Officer:**   THE HONORABLE ANTHONY R. MAUTONE
UNITED STATES MAGISTRATE JUDGE

**Date of Original Sentence:** 06/08/2016

**Original Offense:**   Operating Under Influence of Liquor or Drugs, 36 CFR 4.23(a)
Fail to Comply with Traffic Control Device, 36 CFR 4.12

**Original Sentence:** 36 months probation

**Special Conditions:** Fine of $1,100, Alcohol Treatment, Driver's License Suspension for a period of 10 years concurrent to the 2 years imposed by Lyndhurst Municipal Court on June 7, 2016, ignition interlock device one year, 180 days in a residential treatment facility.

**Type of Supervision:** Probation  **Date Supervision Commenced:** 06/08/2016

**Assistant U.S. Attorney:** To be assigned, 970 Broad Street, 7th Floor, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** To be assigned, Federal Defenders Office, 1002 Broad Street, Newark, New Jersey 07102, (973) 645-6347

## PETITIONING THE COURT

☐ To issue a warrant
☒ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the standard supervision condition which states **'You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the Court or the probation officer.'**<br><br>On March 23, 2019, Sandoval traveled to El Salvador without permission from the Court or the probation office. |

Prob 12C – page 2
Jose Sandoval

| | |
|---|---|
| 2 | The offender has violated the special supervision condition which states **'You must not operate any motor vehicle without a valid driver's license issued by the State of New Jersey, or in the state in which you are supervised. You must comply with all motor vehicle laws and ordinances and must report all motor vehicle infractions (including any court appearances) within 72 hours to the U.S. Probation Office.'** |
| | The offender received a 10-year motor vehicle suspension due to the instant offense. The offender applied for a driver's license and has been driving a car since June 15, 2018. |
| 3 | The offender has violated the standard supervision condition which states **'You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.'** |
| | Sandoval moved to Elizabeth, New Jersey without notifying the probation office. |
| 4 | The offender has violated the standard supervision condition which states **'You must follow the instructions of the probation officer related to the conditions of supervision.'** |
| | Sandoval failed to complete monthly supervision reports as directed. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Shannan P. Dasilva
U.S. Probation Officer
Date: 05/24/2019

---

THE COURT ORDERS:

☐ The Issuance of a Warrant
☒ The Issuance of a Summons. Date of Hearing: 6/19/19 . (as recommended by the Probation Office)
☐ No Action
☐ Other

_____
Signature of Judicial Officer

5/29/19
_____
Date